UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. ADAMS,<br><br>Defendants. | No. 3:16-CR-86 (VLB)<br><br>December 7, 2018 |

## ORDER ON MOTION TO FREEZE FINANCIAL ACCOUNTS

The Court having fully considered the matter before it and the record in this case, including the Defendant's conduct during the pendency of this case, by the authority granted by the All Writ's Act, 28 U.S.C. § 1651, hereby finds probable cause to believe the Defendant David Adams has the propensity to dissipate his assets to frustrate the restitution order of this Court and therefore ORDERS the following accounts frozen to prevent the dissipation thereof until December 12, 2018 absent further order of this Court:

| Bank | Account Number |
|---|---|
| **Bank of America** | Ending in 3298 |
| **Bank of America** | Ending in 4095 |
| **Bank of America** | Ending in 0712 |
| **UBS** | Ending in 11 |
| **UBS** | Ending in 09 |
| **E-Trade** | Ending in 89 |

The Court schedules a hearing on December 11, 2018 at 10:00 a.m. to afford Defendant an opportunity to object to this Order.

IT IS SO ORDERED.

_____/s/_____
Hon. Vanessa L. Bryant
United States District Judge

Dated at Hartford, Connecticut: December 7, 2018.